371 A.2d 217

Berman et al. v. McNally (et al., Appellant) et al.

 Argued March 18, 1976. Ronald H. Sherr, with him Spencer, Sherr & Moses, for appellant; Michael G. Trachtman, with him Waters, Fleer, Cooper & Gallager, for appellee.

Order affirmed.

371 A.2d 218

Blair, Appellant, v. Manning.

 Argued June 18, 1976. Harry C. J. Blair, appellant, in propria persona; William H. Mitman, for appellee.

Order affirmed.